FILED: April 3, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1054 (L)
(2:24-cv-00271)

_____

PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA

  Plaintiff - Appellee

v.

JOHN B. MCCUSKEY, in his official capacity as Attorney General of West Virginia; JOHN BERNABEI, in his official capacity as a member of the West Virginia Board of Pharmacy; JAMES RUCKER, in his official capacity as a member of the West Virginia Board of Pharmacy; JENNA MISITI, in her official capacity as a member of the West Virginia Board of Pharmacy; SAM KAPOURALES, in his official capacity as a member of the West Virginia Board of Pharmacy; DAVID BOWYER, in his official capacity as a member of the West Virginia Board of Pharmacy; DENNIS LEWIS, in his official capacity as a member of the West Virginia Board of Pharmacy; ROBERT DUNCAN, in his official capacity as a member of the West Virginia Board of Pharmacy; ALLAN MCVEY, in his official capacity as Insurance Commissioner

  Defendants - Appellants

------------------------------

340B HEALTH; AMERICAN HOSPITAL ASSOCIATION; WEST VIRGINIA HOSPITAL ASSOCIATION; WEST VIRGINIA PRIMARY CARE ASSOCIATION

  Amici Supporting Appellants

_____

O R D E R

_____

Community Oncology Alliance, Inc. has filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

Community Oncology Alliance, Inc. is directed to file an appearance form within three days of the date of this order.

                                   For the Court--By Direction

                                   /s/ Nwamaka Anowi, Clerk